ALLEGHENY COLLEGE, Appellant, v. THE NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, N. Y.. as Executor, etc., of MARY YATES JOHNSTON. Deceased,

Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.